Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff, and all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK HUNTER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DELTA MANAGEMENT ASSOCIATES INC., and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No.  5:17-cv-00139-GW-DTB <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 2nd day of January, 2018

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/Anthony P. J. Valenti, Esq.
ANTHONY P. J. VALENTI
Attorneys for Defendant,
Delta Management Associates Inc.


Signature Certification
Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Anthony P. J. Valenti, counsel for Delta Management Associates Inc., and obtained his authorization to affix his electronic signature to this document.

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Filed electronically on this 2nd day of January, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge George H. Wu
Honorable Magistrate Judge Kenly Kiya Kato
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 2nd day of January, 2018

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN